UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELICA PARKER,

                              Plaintiff,

        v.

TAL ALEXANDER, ALON ALEXANDER,
and OREN ALEXANDER

                             Defendants.

------------------------------------------------------------X

Civil Action No.: 1:24-cv-04813 (LAK)

**NOTICE OF APPEAL**

       **PLEASE TAKE NOTICE** that Plaintiff Angelica Parker hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on February 4, 2024, granting Defendants' motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 56 (see Dkt. Nos. 42, 44).

Dated: February 28, 2025
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
      Michael Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com

*Counsel for Plaintiff*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24−cv−04813−LAK

| | |
|---|---|
| Parker v. Alexander et al | Date Filed: 06/25/2024 |
| Assigned to: Judge Lewis A. Kaplan | Date Terminated: 02/04/2025 |
| Case in other court: State Court – Supreme, 155547−2024 | Jury Demand: Both |
| Cause: 28:1332 Diversity Action | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Angelica Parker**　　represented by　**Michael John Willemin**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
(212) 257−6829
Fax: (212) 257−6845
Email: mwillemin@wigdorlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Payton**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
212−257−6800
Email: bpayton@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Ivan Wilzig**　　represented by　**Paul Hans Schafhauser**
Greenberg Traurig
500 Campus Drive
Ste 400
Florham Park, NJ 07932
973−443−3233
Email: schafhauserp@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tal Alexander**　　represented by　**Deanna Paul**
Walden Macht Haran & Williams LLP
250 Vesey Street
27th Floor
New York, NY 10281
212−335−2035
Email: dpaul@wmhwlaw.com
*ATTORNEY TO BE NOTICED*

**Milton L. Williams , Jr**
Walden Macht Haran & Williams LLP
250 Vesey St
27th Floor

New York, NY 10281
212–335–2030
Fax: 212–335–2040
Email: mwilliams@wmhwlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alon Alexander**  represented by  **Isabelle A. Kirshner**
Clayman Rosenberg Kirshner & Linder LLP
305 Madison Avenue
Ste 650
New York, NY 10165
212–922–1080
Email: kirshner@clayro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Linder**
Clayman & Rosenberg LLP
305 Madison Avenue
Suite 650
New York, NY 10165
212–922–1080
Email: linder@clayro.com
*ATTORNEY TO BE NOTICED*

**Efrat Blassberger**
Clayman Rosenberg Kirshner & Linder
305 Madison Avenue, Suite 650
New York, NY 10165
518–496–2572
Email: blassberger@clayro.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oren Alexander**  represented by  **Isabelle A. Kirshner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Linder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efrat Blassberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2024 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 155547–24. (Filing Fee $ 405.00, Receipt Number ANYSDC–29527839).Document filed by Tal Alexander. (Attachments: # 1 Exhibit A – Docket and Summons & Complaint from Originating Court, # 2 Exhibit B – Declaration of Deanna M. Paul, # 3 Exhibit C – Declaration of Tal Alexander).(Williams, Milton) (Entered: 06/25/2024) |
| 06/25/2024 | 2 | CIVIL COVER SHEET filed..(Williams, Milton) (Entered: 06/25/2024) |
| 06/25/2024 | 3 | DECLARATION of Isabelle A. Kirshner in Support re: 1 Notice of Removal,. Document filed by Alon Alexander, Oren Alexander..(Kirshner, Isabelle) (Entered: 06/25/2024) |

| | | |
|---|---|---|
| 06/25/2024 | 4 | NOTICE OF APPEARANCE by Michael John Willemin on behalf of Angelica Parker..(Willemin, Michael) (Entered: 06/25/2024) |
| 06/25/2024 | 5 | NOTICE OF APPEARANCE by Efrat Blassberger on behalf of Alon Alexander, Oren Alexander..(Blassberger, Efrat) (Entered: 06/25/2024) |
| 06/25/2024 | 6 | NOTICE OF APPEARANCE by Isabelle A. Kirshner on behalf of Alon Alexander, Oren Alexander..(Kirshner, Isabelle) (Entered: 06/25/2024) |
| 06/25/2024 | 7 | NOTICE OF APPEARANCE by Deanna Paul on behalf of Tal Alexander..(Paul, Deanna) (Entered: 06/25/2024) |
| 06/25/2024 | 8 | NOTICE OF APPEARANCE by Brian David Linder on behalf of Alon Alexander, Oren Alexander..(Linder, Brian) (Entered: 06/25/2024) |
| 06/26/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 06/26/2024) |
| 06/26/2024 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 06/26/2024) |
| 06/26/2024 | | Case Designated ECF. (jgo) (Entered: 06/26/2024) |
| 06/27/2024 | 9 | ORDER: Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The notice of removal fails adequately to allege the existence of subject matter jurisdiction and compliance with the removal statute because, perhaps among other things, it fails adequately to allege: The citizenship of one or more natural persons. See, e.g., Sun Printing & Publishing Ass'n v. Edwards, 194 U.S. 377 (1904); Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc., 87 F.3d 44 (2d Cir. 1996). Less than all defendants join in the removal. Absent the filing, on or before July 7, 2024 of an amended notice of removal adequately alleging the existence of subject matter Jurisdiction and compliance with the removal statute, this action will be dismissed for lack of subject matter jurisdiction and/or lack of compliance. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 6/26/2024) (vfr) (Entered: 06/27/2024) |
| 06/27/2024 | 10 | NOTICE of Change of Firm Name. Document filed by Tal Alexander..(Williams, Milton) (Entered: 06/27/2024) |
| 06/27/2024 | 11 | AMENDED NOTICE OF REMOVAL against Angelica Parker; amending 1 Notice of Removal, with JURY DEMAND.Document filed by Tal Alexander. Related document: 1 Notice of Removal,. (Attachments: # 1 Exhibit A − State Court Action, # 2 Exhibit B − Declaration of Deanna M. Paul, # 3 Exhibit C − Declaration of Isabelle A. Kirshner, # 4 Exhibit D − Declaration of Tal Alexander, # 5 Exhibit E − Declaration of Oren Alexander, # 6 Exhibit F − Declaration of Alon Alexander).(Williams, Milton) (Entered: 06/27/2024) |
| 06/28/2024 | 12 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: It is hereby,ORDERED as follows: Counsel receiving this order shall promptly mail copies hereof to all other counsel of recordor, in the case of parties for which no appearance has been made, to such parties. Counsel for all parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule and the agreed schedule calls for filing of the pretrial order not more than six(6) months from the date of this order, counsel shall sign and file by 8/22/2024 a consent order in the form annexed for consideration by the Court. If such a consent order is not filed within the time provided, a videoconferenceinvite will be emailed to counsel setting a video−conference on 9/4/2024 at 2:30 PM. (Initial Conference set for 9/4/2024 at 02:30 PM before Judge Lewis A. Kaplan.) (Signed by Judge Lewis A. Kaplan on 6/28/24) (yv) (Entered: 06/28/2024) |

| | | |
|---|---|---|
| 07/11/2024 | 13 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #14)** ANSWER to Complaint with JURY DEMAND. Document filed by Tal Alexander..(Williams, Milton) Modified on 7/16/2024 (kj). **As Per Email Dated 7/15/2024, 5:33 PM** – (Entered: 07/11/2024) |
| 07/15/2024 | 14 | AMENDED ANSWER to with JURY DEMAND. Document filed by Tal Alexander..(Williams, Milton) (Entered: 07/15/2024) |
| 07/15/2024 | 15 | FIRST MOTION to Dismiss *Complaint*., FIRST MOTION to Strike *Allegations in the Complaint*. Document filed by Alon Alexander, Oren Alexander..(Linder, Brian) (Entered: 07/15/2024) |
| 07/15/2024 | 16 | FIRST MEMORANDUM OF LAW in Support re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*. . Document filed by Alon Alexander, Oren Alexander..(Linder, Brian) (Entered: 07/15/2024) |
| 07/15/2024 | 17 | DECLARATION of Isabelle Kirshner in Support re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*.. Document filed by Alon Alexander, Oren Alexander. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit NYC Council Leg. Text for Intro No. 1012–A, # 3 Exhibit NYC Council Leg. Text for Intro No. 2372–B, # 4 Exhibit Memo Endorsement dated 4/26/24 in Bellino v. Tallarico).(Linder, Brian) (Entered: 07/15/2024) |
| 07/23/2024 | 18 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*. addressed to Judge Lewis A. Kaplan from Michael J. Willemin dated July 23, 2024. Document filed by Angelica Parker..(Willemin, Michael) (Entered: 07/23/2024) |
| 07/24/2024 | 19 | ORDER granting 18 Letter Motion for Extension of Time to File Response/Reply. Granted. SO ORDERED. Responses due by 8/16/2024 Replies due by 9/16/2024. (Signed by Judge Lewis A. Kaplan on 7/24/2024) (sgz) (Entered: 07/24/2024) |
| 08/16/2024 | 20 | MEMORANDUM OF LAW in Opposition re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*. . Document filed by Angelica Parker..(Willemin, Michael) (Entered: 08/16/2024) |
| 08/22/2024 | 21 | PROPOSED CONSENT ORDER. Document filed by Angelica Parker..(Willemin, Michael) (Entered: 08/22/2024) |
| 08/23/2024 | 22 | REPLY MEMORANDUM OF LAW in Support re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*. . Document filed by Alon Alexander, Oren Alexander..(Blassberger, Efrat) (Entered: 08/23/2024) |
| 08/23/2024 | 23 | DECLARATION of Efrat Blassberger, Esq. in Support re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*.. Document filed by Alon Alexander, Oren Alexander. (Attachments: # 1 Exhibit Exhibit A, March 26, 2024 Order in Bellino v. Tallarico).(Blassberger, Efrat) (Entered: 08/23/2024) |
| 08/23/2024 | 24 | SCHEDULING ORDER: It is hereby ORDERED as follows; Amended Pleadings due by 9/18/2024. Joinder of Parties due by 9/18/2024. Fact Discovery due by 1/31/2025. Expert Discovery due by 2/28/2025. Pretrial Order due by 2/28/2025. (Signed by Judge Lewis A. Kaplan on 8/23/24) (yv) (Entered: 08/23/2024) |
| 09/25/2024 | 25 | MOTION for Judgment on the Pleadings . Document filed by Tal Alexander..(Paul, Deanna) (Entered: 09/25/2024) |
| 09/25/2024 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION for Judgment on the Pleadings . . Document filed by Tal Alexander..(Paul, Deanna) (Entered: 09/25/2024) |
| 09/25/2024 | 27 | DECLARATION of Deanna M. Paul in Support re: 25 MOTION for Judgment on the Pleadings .. Document filed by Tal Alexander. (Attachments: # 1 Exhibit 1 – Bellino v. Tallarico Docket and Documents, # 2 Exhibit 2 – Doe v. Combs Docket and Documents, # 3 Exhibit 3 – Parker v. Bursor Docket, # 4 Exhibit 4 – Sen. Bill S.7082, # 5 Exhibit 5 – Sen. Bill S.66A, # 6 Exhibit 6 – NYC 1012–A – 2018–063 (10–1104), # 7 Exhibit 7 – NYC 1012–A – 2022–021 (10–1104), # 8 Exhibit 8 – A Final Wave of Sex–Abuse Lawsuits as One–Year Window Closes in New York, # 9 Exhibit 9 – The Adult Survivors Act Has Expired In New York State).(Paul, Deanna) (Entered: |

| | | |
|---|---|---|
| | | 09/25/2024) |
| 10/09/2024 | 28 | MEMORANDUM OF LAW in Opposition re: 25 MOTION for Judgment on the Pleadings . . Document filed by Angelica Parker..(Willemin, Michael) (Entered: 10/09/2024) |
| 10/09/2024 | 29 | DECLARATION of Michael J. Willemin in Opposition re: 25 MOTION for Judgment on the Pleadings .. Document filed by Angelica Parker. (Attachments: # 1 Exhibit A).(Willemin, Michael) (Entered: 10/09/2024) |
| 10/14/2024 | 30 | REPLY MEMORANDUM OF LAW in Support re: 25 MOTION for Judgment on the Pleadings . . Document filed by Tal Alexander..(Paul, Deanna) (Entered: 10/14/2024) |
| 10/14/2024 | 31 | DECLARATION of Deanna M. Paul in Support re: 25 MOTION for Judgment on the Pleadings .. Document filed by Tal Alexander. (Attachments: # 1 Exhibit 1 – Bellino v. Tallarico – Defendant's MOL ISO MTD, # 2 Exhibit 2 – Doe v. Black – Opinion and Order Denying Defendant's MTD, # 3 Exhibit 3 – Senate Bill S.2440, # 4 Exhibit 4 – Senate Bill S.6574, # 5 Exhibit 5 – Doe v. Combs – Order Granting Defendants' Motion to Strike Letter, # 6 Exhibit 6 – Douglas Wigdor Op–ed re Statute of Limitations on Sexual Assault Published by Forbes).(Paul, Deanna) (Entered: 10/14/2024) |
| 10/17/2024 | 32 | LETTER MOTION for Leave to File Sur–Reply addressed to Judge Lewis A. Kaplan from Michael J. Willemin dated October 17, 2024. Document filed by Angelica Parker. (Attachments: # 1 Exhibit A).(Willemin, Michael) (Entered: 10/17/2024) |
| 10/17/2024 | 33 | ORDER denying 32 Letter Motion for Leave to File Document (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 10/17/2024) |
| 11/25/2024 | 34 | JOINT LETTER MOTION for Extension of Time *of Select Current Court Deadlines* addressed to Judge Lewis A. Kaplan from Milton L. Williams dated November 25, 2024. Document filed by Tal Alexander..(Williams, Milton) (Entered: 11/25/2024) |
| 11/26/2024 | 35 | ORDER granting 34 Letter Motion for Extension of Time. Granted. So Ordered. ( Pretrial Order due by 4/29/2025.) (Signed by Judge Lewis A. Kaplan on 11/26/24) (yv) (Entered: 11/26/2024) |
| 11/26/2024 | | Set/Reset Deadlines: Expert Discovery due by 4/29/2025. Fact Discovery due by 4/1/2025. (yv) (Entered: 11/26/2024) |
| 12/06/2024 | 36 | NOTICE OF APPEARANCE by Brooke Payton on behalf of Angelica Parker..(Payton, Brooke) (Entered: 12/06/2024) |
| 01/17/2025 | 37 | MOTION to Quash the Subpoena *and For a Protective Order*. Document filed by Ivan Wilzig..(Schafhauser, Paul) (Entered: 01/17/2025) |
| 01/17/2025 | 38 | DECLARATION of Paul H. Schafhauser in Support re: 37 MOTION to Quash the Subpoena *and For a Protective Order*.. Document filed by Ivan Wilzig. (Attachments: # 1 Exhibit A – Subpoena, # 2 Exhibit B – Correspondence).(Schafhauser, Paul) (Entered: 01/17/2025) |
| 01/17/2025 | 39 | MEMORANDUM OF LAW in Support re: 37 MOTION to Quash the Subpoena *and For a Protective Order*. . Document filed by Ivan Wilzig..(Schafhauser, Paul) (Entered: 01/17/2025) |
| 01/22/2025 | 40 | MEMORANDUM OF LAW in Opposition re: 37 MOTION to Quash the Subpoena *and For a Protective Order. and in Support of Defendant Tal Alexander's Cross–Motion to Compel*. Document filed by Tal Alexander..(Williams, Milton) (Entered: 01/22/2025) |
| 01/22/2025 | 41 | DECLARATION of Deanna M. Paul in Opposition re: 37 MOTION to Quash the Subpoena *and For a Protective Order*.. Document filed by Tal Alexander. (Attachments: # 1 Exhibit 1 – Amended Initial Disclosures, # 2 Exhibit 2 – Wilzig Subpoena (Bursor), # 3 Exhibit 3 – De La Hoya Dismissal, # 4 Exhibit 4 – Wilzig Subpoena (2024.10.23), # 5 Exhibit 5 – Wilzig Subpoena (2025.01.13), # 6 Exhibit 6 – Emails).(Williams, Milton) (Entered: 01/22/2025) |
| 01/22/2025 | 42 | MEMORANDUM OPINION re: 15 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION to Strike *Allegations in the Complaint*. filed by Oren Alexander, Alon |

|  |  |  |
|---|---|---|
|  |  | Alexander, 25 MOTION for Judgment on the Pleadings . filed by Tal Alexander., For the foregoing reasons, defendants' motions (Diet 15, Diet 25) both are granted to the extent that plaintiffs claims against all three defendants are dismissed. In the case of defendant Tai Alexander, the dismissal is without prejudice to a motion, filed no later than February 14, 2025, for leave to amend the complaint to add, if supported, timely allegations. Any such motion must include (1) a clean copy of the proposed amended complaint, (2) a redlined version of the proposed amended complaint showing all changes, and (3) a memorandum addressing why the amendments would not be futile. SO ORDERED (Signed by Judge Lewis A. Kaplan on 1/22/2025) ( Motions due by 2/14/2025.) (ks) (Entered: 01/22/2025) |
| 02/03/2025 | 43 | LETTER addressed to Judge Lewis A. Kaplan from Michael J. Willemin dated February 3, 2025 re: Final Judgment. Document filed by Angelica Parker..(Willemin, Michael) (Entered: 02/03/2025) |
| 02/04/2025 | 44 | MEMO ENDORSEMENT on re: 43 Letter filed by Angelica Parker ENDORSEMENT: Case dismissed. Clerk shall close the case. SO ORDERED (Signed by Judge Lewis A. Kaplan on 2/4/2025) (ks) (Entered: 02/04/2025) |
| 02/28/2025 | 45 | NOTICE OF APPEAL from 44 Memo Endorsement. Document filed by Angelica Parker. Filing fee $ 605.00, receipt number ANYSDC–30695018. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Willemin, Michael) (Entered: 02/28/2025) |
| 02/28/2025 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 45 Notice of Appeal..(nd) (Entered: 02/28/2025) |
| 02/28/2025 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 45 Notice of Appeal filed by Angelica Parker were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/28/2025) |