

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

January 16, 2026

**Via ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: ***Parker v. Alexander, Case No: 25-487***

Dear Ms. Wolfe:

We represent Appellee Tal Alexander and write pursuant to Fed. R. App. P. 28(j) in response to the letter recently submitted by Appellant Angelica Parker. In that letter, Parker cited to a January 7, 2026 decision in the Supreme Court of the State of New York, New York County, *Chieke v. Wiley*, Index No. 152741/2025, Dkt. No. 14 ("*Chieke* decision"). In that decision, the New York County Supreme Court incorrectly held that New York's Adult Survivor's Act ("ASA") did not preempt New York City's VGMVPL Revival Amendment ("NYC Revival Amendment").

The *Chieke* decision contains only a few paragraphs of reasoning and fails to grapple with the key reasons why Judge Kaplan correctly concluded that the NYC Revival Amendment is preempted as applied to claims like the ones at issue in this appeal and in *Chieke*. Dkt. No. 14 at 5-7. Among other flaws in its reasoning, the *Chieke* decision appears to accept that VGMVPL claims are covered by the ASA's revival period, Dkt. No. 14 at 5-6, but then declines to give effect to the plain meaning of the language in the ASA that covered claims may be filed "not later than" November 24, 2023—which the claims at issue were—"notwithstanding any provision of law which imposes a period of limitation to the contrary," CPLR 214-j. For the reasons elaborated in our briefing and at argument, this Court should decline to adopt the cursory and flawed reasoning of the *Chieke* decision.

       Sincerely,

       */s/ Milton L. Williams*

       Milton L. Williams
       Deanna Paul

       *Attorneys for Appellee Tal Alexander*