

*State of New York*
*Court of Appeals*

*Heather Davis, Esq.*
*Chief Clerk and*
*Legal Counsel to the Court*

*Clerk's Office*
*20 Eagle Street*
*Albany, New York 12207-1095*
*518-455-7700*

March 23, 2026

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    <u>Parker v Alexander</u>
              Docket No. 25-487

Dear Ms. Wolfe:

I acknowledge receipt of your letter dated March 23, 2026 and enclosures in the above-entitled matter.

The Court will examine the certified question to determine whether to accept the certification and you will be promptly notified of the Court's determination.

I return enclosed a signed copy of your letter, as requested.

Very truly yours,

Heather Davis

HD/EO/ks
cc:   Judges of the New York State Court of Appeals
      Isabelle Kirshner, Esq.
      Milton L. Williams Jr., Esq.
      Michael J. Willemin, Esq.

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 23, 2026
Docket #: 25-487
Short Title: Parker v. Alexander

DC Docket #: 1:24-cv-4813
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis A. Kaplan

Lisa LeCours, Chief Clerk
New York State Court of Appeals
20 Eagle Street
Albany, New York 12207

Dear Ms. LeCours:

Pursuant to a decision of this Court entered on March 23, 2026, the above referenced appeal is being transferred to your Court for the purpose of determining an unsettled question of law. Enclosed is a CD that contains the papers filed in this Court, the order of certification of an unsettled question of state law, and the docket sheet. Both the order and docket sheets have been certified.

Please note the docket entry indicating that the filing fee was paid at the time the case was docketed in this Court.

Please acknowledge receipt of the enclosed CD and return this notice to me. All inquiries regarding this case may be directed to the undersigned at 212-857-8543.

Receipt Acknowledged:

Name

3·23·26
Date

Very truly yours,

Catherine O'Hagan Wolfe,
Clerk of Court

Enclosures
cc: All counsel of record