# State of New York
# Court of Appeals

**Present,** Hon. Rowan D. Wilson, *Chief Judge,* **presiding.**

Angelica Parker,
>     Appellant,
>   v.
Tal Alexander, et al.,
>     Respondents.

Appellant in the above entitled appeal appeared by Wigdor LLP; respondent Tal Alexander appeared by Walden Macht Haran & Williams LLP and respondents Alon Alexander et al. appeared by Clayman Rosenberg Kirshner & Linder LLP.

The Court, after due deliberation, orders and adjudges that the certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, is accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

_____
Heather Davis
Clerk of the Court

Court of Appeals, Clerk's Office, Albany, April 16, 2026
cc: U.S. Court of Appeals for the Second Circuit